AUGUST HANNIBALL, Appellant, *v.* FRANCO AMERICAN BAKING CORPORATION et al., Defendants, and ISIDORE LANGNER, Respondent.

(Argued December 5, 1933; decided January 9, 1934.)

*Francis L. Driscoll, Richard J. Mackey* and *C. Campbell Hunicke* for appellant.

*Everett F. Warrington* and *F. G. Mann* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.